**2017–0878.  State v. Kerr.**
Mahoning App. No. 15 MA 0083, 2016-Ohio-8479. On motion for leave to file delayed appeal. Motion denied.

**2017–0891.  State v. Kouts.**
Sandusky App. No. S–16–012, 2017-Ohio-2905. On review of an order certifying a conflict. The court determines that a conflict exists. The parties are ordered to brief the issue stated at page 4 of the court of appeals' entry filed June 23, 2017: "During a plea proceeding, does a trial court's failure to inform a defendant about the residential restrictions imposed on sex offenders under R.C. Chapter 2950 render the plea invalid?"

The conflict case is *State v. Creed*, 8th Dist. Cuyahoga No. 97317, 2012-Ohio-2627.

It is ordered by the court that the clerk shall issue an order for the transmittal of the record from the court of appeals for Sandusky County.

FRENCH, J., dissents.

**2017–0899.  State v. Echols.**
Cuyahoga App. No. 104483, 2017-Ohio-1360. On motion for leave to file delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2017–0904.  State v. Brown.**
Cuyahoga App. No. 104095, 2017-Ohio-184. On motion for leave to file delayed appeal. Motion denied.

**2017–0910.  State v. Scheffield.**
Geauga App. No. 2015–G–0053, 2017-Ohio-2593. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., not participating.

**2017–0911.  State v. Wauer.**
Trumbull App. No. 2016–T–0043, 2017-Ohio-1337. On motion for leave to file delayed appeal. Motion denied.

**2017–0912.  State v. Sullivan.**
Cuyahoga App. No. 105623. On motion for leave to file delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2017–0920.  State v. Penland.**
Hamilton App. Nos. C–150413 and C–150414. On motion for leave to file delayed appeal. Motion denied.
FISCHER, J., not participating.

**2017–0950.  State v. Gladwell.**
Butler App. No. CA2016–07–139, 2017-Ohio-0331. On review of an order certifying a conflict. It is determined that no conflict exists. Cause dismissed.
O'DONNELL, J., dissents.